UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHNNY SATTERWHITE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-07-55 |
| | § | |
| JAMES H DAVIS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO DENY PLAINTIFF'S MOTION TO PROCEED
### *IN FORMA PAUPERIS* AND TO DISMISS PLAINTIFF'S ACTION

On July 5, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's motion to proceed *in forma pauperis* be denied, and that his action be dismissed.  On July 30, 2007, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that plaintiff's motion to proceed *in forma pauperis* is denied and this action is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 31st day of July, 2007.

Janis Graham Jack
United States District Judge